|  |  |
|---|---|
| Joshua D. Buck | Richard J. (Rex) Burch, *admitted pro hac vice* |
| Nev. Bar No. 12187 | David I. Moulton, *admitted pro hac vice* |
| Leah L. Jones | **BRUCKNER BURCH PLLC** |
| Nev. Bar No. 13161 | 11 Greenway Plaza, Suite 3025 |
| **THIERMAN BUCK LLP** | Houston, Texas 77046 |
| 325 W. Liberty Street | Telephone:  713.877.8788 |
| Reno, Nevada 89501 | Facsimile:  713-877-8065 |
| Phone: 775.284.1500 | rburch@brucknerburch.com |
| Fax: 775.703.5027 | dmoulton@brucknerburch.com |
| josh@thiermanbuck.com | |
| leah@thiermanbuck.com | |

*Attorneys for Mitchell & the Aircraft Maintenance Employees*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MITCHELL, Individually and for Others Similarly Situated<br><br>v.<br><br>VETERANS ALLIANCE, LLC, a domestic limited liability company | Case No. 3:23-CV-00617-ART-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS** |

Upon Consideration of Plaintiff's Motion to Extend the Time for Service of Process, the Court GRANTS the motion. Accordingly, it is hereby ORDERED that Plaintiffs' service of process upon Veterans Alliance, LLC is valid. It is further ORDERD that Veterans Alliance shall respond to the Complaint within 21 days of this Order.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: April 15, 2024