1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MITCHELL, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>VETERANS ALLIANCE, LLC,<br><br>Defendant. | Case No. 3:23-cv-00617-ART-CLB<br><br>Assigned to the Honorable Anne R. Traum<br><br>**ORDER RE STIPULATION TO CONTINUE RULE 26(f) CONFERENCE DEADLINE AND RULE 16 SCHEDULING CONFERENCE BY 60 DAYS** |

81293927;1

1

1  Based on the Parties' stipulation and good cause appearing:

2  IT IS HEREBY ORDERED that the Parties' deadline to conduct the Rule 26(f) conference
3  and submit their Rule 26(f) report is continued by 60 days to June 24, 2025.

4  IT IS FURTHER ORDERED that the Rule 16 Scheduling Conference and Report Deadline
5  currently set for May 16, 2025 is VACATED and CONTINUED to July 15, 2025, or as otherwise set
6  by the Court.

7  IT IS SO ORDERED.

9  DATED: May 9, 2025

_____
United States Magistrate Judge Carla Baldwin