**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JONATHAN MITCHELL,

Plaintiff,

v.

VETERANS ALLIANCE, LLC,

Defendants.

Case No. 3:23-cv-00617-CLB

**ORDER TO SUBMIT MOTION FOR SETTLEMENT APPROVAL AND VACATING DEADLINES AND HEARINGS**

[ECF No. 66]

On September 10, 2026, Plaintiff Jonathan Mitchell ("Mitchell") and Veterans Alliance, LLC, jointly notified the Court of their intent to settle. (ECF No. 66). The parties explain that because this action is brought pursuant to the Fair Labor Standards Act, Mitchell will be filing a motion for the Court's approval of the settlement agreement and notice to the putative collective. (*Id.*)

Accordingly, **IT IS ORDERED** that Mitchell must file a motion for approval of the settlement agreement, or the parties must file a joint status report relating to the settlement agreement, by no later than **October 13, 2026**.

**IT IS FURTHER ORDERED** that all currently scheduled deadlines and hearings are hereby **VACATED**.

**IT IS SO ORDERED.**

**DATED**: September 11, 2026.

**UNITED STATES MAGISTRATE JUDGE**